UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., )<br>an individual, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>INLAND AMERICAN GARLAND )<br>SHILOH LIMITED PARTNERSHIP, )<br>an Illinois Limited Partnership, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:13-cv-03847-L |

## UNILATERAL SETTLEMENT REPORT

Plaintiff, by and through his undersigned counsel, hereby submits this Settlement Report in compliance with the Court's January 10, 2014 Order [D.E. #12] and state as follows:

The parties have engaged in settlement discussions, but as of the date of this filing, have not been able to resolve their dispute. However, the parties continue to explore the possibility of settlement.

Counsel for Defendant was unable to be reached for comment on this report's contents.

Respectfully Submitted,

By: /s/ Jeff A. Wells .
Jeff A. Wells, Esq.
Texas Bar No. 24056511
Local Counsel
Wells Crosland, PLLC
12225 Greenville Ave., Suite 700
Dallas, Texas 75243
Phone: (214) 810-5401
Fax: (214) 988-5794
jeff@wellscrosland.com

and

Louis I. Mussman, Esq.
Florida Bar No. 597155
Ku & Mussman, P.A.
12550 Biscayne Blvd., Suite 406
Miami, FL 33181
Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

By: /s/ Jeff A. Wells
Jeff A. Wells, Esq.