IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) ) ) |
| Plaintiff, | ) Case No.: 3:13-cv-03847-L ) ) |
| v. | ) ) |
| INLAND AMERICAN GARLAND SHILOH LIMITED PARTNERSHIP, an Illinois Limited Partnership, | ) ) ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, INLAND AMERICAN GARLAND SHILOH LIMITED PARTNERSHIP, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice. The parties further stipulate that each party shall be responsible for its own fees and costs.

Respectfully Submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman
Florida Bar Number: 597155
Ku & Mussman, P.A.
12550 Biscayne Blvd., Suite 406
Miami, Florida 33181
Tel: (305) 891-1322
Fax: (305) 891-4512
*Attorney for Plaintiff*

Dated: 7/31/14

Respectfully Submitted,

*/s/ Brian C. Blair*
Brian C. Blair, admitted *pro hac vice*
Florida Bar Number: 0973084
Baker & Hostetler LLP
200 S. Orange Avenue, Suite 2300
Orlando, Florida
Tel: 407.649.4000
Fax: 407.841.0168
*Attorney for Defendant*

Dated: 7/31/14